**Thomas Earl SMITH, Petitioner–Appellant,**

v.

**WARDEN, NOTTOWAY CORREC-TIONAL CENTER, Respondent–Appellee.**

**No. 00–7122.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 26, 2001.

Thomas Earl Smith, pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellee.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Thomas Earl Smith seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *Smith v. Warden, Nottoway Corr. Ctr.*, No. CA–00–166–AM (E.D.Va. July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*